No. 92–6865. PEABODY v. ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 92–6867. McCRAY v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–6869. LAFLAMME v. SPECTOR ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6870. RYMAN v. GALLEY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–6871. RYMAN v. GALLEY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–6872. DARLING ET AL. v. CITY OF BEAUMONT ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–6875. FERREIRA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6879. BILLINGS ET UX. v. DOLAN, ACTING COMMISSIONER, INTERNAL REVENUE SERVICE. C. A. 6th Cir. Certiorari denied.

No. 92–6881. CAIN v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–6883. MINNIS v. BALDWIN. Sup. Ct. Pa. Certiorari denied.

No. 92–6884. LUCIEN v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–6885. MURPHY v. DOWD ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–6887. MOHIUDDIN v. STATE DEPARTMENT OF INDUSTRIAL RELATIONS ET AL. Sup. Ct. Ala. Certiorari denied.

No. 92–6892. SHELTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6893. HOLBS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.